> Clerk,
> Request Case Summary Report for case 2:17-cv-2821 to be sent ECF to plaintiff Attheide at High Desert Prison

IT IS ORDERED that the Clerk of Court shall send Plaintiff a copy of the docket sheet for this case.

**IT IS SO ORDERED**

**DATED:** **April 28, 2020**

_____
**BRENDA WEKSLER**
**UNITED STATES MAGISTRATE JUDGE**