U.S. District

Altheide (Plaintiff)
v.
Sandoval et. al. (Defendant)

2:17-cv-2821

Motion of notice

Altheide herein notifies court that 9-4-20 recieved only (partial) notice of Doc#68 and has no capacity to reply as I did not recieve full summary response of defense. I request an order to clerk to provide full Doc#68 and a 14 day reply time from date Doc#68 is officially provided to me.

Plaintiff's motion is GRANTED.  IT IS ORDERED that plaintiff shall have 14 days from today's date to file a reply in support of his motion for summary judgment.  IT IS FURTHER ORDERED that the Clerk of Court is directed to send plaintiff a copy of ECF No. 68 **and** ECF No. 69.

IT IS SO ORDERED

DATED:  5:11 pm, September 14, 2020

_____
BRENDA WEKSLER
UNITED STATES MAGISTRATE JUDGE

U.S. Clerk

In case 2:17-cv-2821 I Altuide recieved only notice of document #68 and not completely attached or filed response. I need this complete document with attachments for reply request full copy to be sent or provided for records and reply. Prison has Electronic Filing to send postage free.

Request clerk to forward to A.G. Brady.